1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )     Case No.  1:18-cr-00171-DAD
                                      )
11           Plaintiff,               )            **O R D E R**
                                      )     **WITHDRAWING THE FEDERAL**
12           vs.                      )       **DEFENDER AS COUNSEL,**
                                      )     **APPOINTING AD HOC CJA COUNSEL**
13   ROY ALEJANDRO GARCIA-PEREZ,      )
                                      )
14           Defendant.               )
                                      )
15   _____)

16          Upon Defendant's motion and consent, good cause appearing, and for consistency of

17   representation,

18          IT IS HEREBY ORDERED, effective October 1, 2019, withdrawing the Federal

19   Defender as counsel and appointing Victor M. Chavez as *ad hoc* CJA counsel pursuant to 18

20   U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 582, § X(C).

21   IT IS SO ORDERED.

22      Dated:   **October 1, 2019**

23                                        _____
                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1