McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00171-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | DATE: October 21, 2019 |
| ROY ALEJANDRO GARCIA PEREZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 21, 2019 at 10:00 am.

2. By this stipulation, the United States and defendant now move to continue the sentencing hearing until November 4, 2019 at 10:00 am.

///
///
///
///
///
///

1

3. Counsel for the government has a scheduling conflict that day, and the government and defense need additional time to review the presentence report and prepare for the sentencing hearing.

IT IS SO STIPULATED.

Dated: October 10, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 10, 2019

/s/ VICTOR CHAVEZ
VICTOR CHAVEZ
Counsel for Defendant
ROY ALEJANDRO GARCIA PEREZ
(Approved by telephone 10/9/2019)

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for October 21, 2019, is continued until November 4, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 11, 2019**

UNITED STATES DISTRICT JUDGE